# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

JACK SHAW )
)
)
_____, )
) 16CV9224
Plaintiff(s), ) JUDGE BUCKLO
) MAG. JUDGE SCHENKIER
vs. )
)
Unk. Medical Director )
et al., )
_____, ) **RECEIVED**
)
) SEP 26 2016
Defendant(s). )

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## COMPLAINT FOR VIOLATION OF CONSTITUTIONAL RIGHTS

*This form complaint is designed to help you, as a* pro se *plaintiff, state your case in a clear manner. Please read the directions and the numbered paragraphs carefully. Some paragraphs may not apply to you. You may cross out paragraphs that do not apply to you. All references to "plaintiff" and "defendant" are stated in the singular but will apply to more than one plaintiff or defendant if that is the nature of the case.*

1. This is a claim for violation of plaintiff's civil rights as protected by the Constitution and laws of the United States under 42 U.S.C. §§ 1983, 1985, and 1986.

2. The court has jurisdiction under 28 U.S.C. §§ 1343 and 1367.

3. Plaintiff's full name is  JACK SHAW .

*If there are additional plaintiffs, fill in the above information as to the first-named plaintiff and complete the information for each additional plaintiff on an extra sheet.*

1

4. Defendant, _____, is
   (name, badge number if known)

   ☐ an officer or official employed by _____ ;
      (department or agency of government)
   _____ or

   ☐ an individual not employed by a governmental entity.

   *If there are additional defendants, fill in the above information as to the first-named defendant and complete the information for each additional defendant on an extra sheet.*

5. The municipality, township or county under whose authority defendant officer or official acted is _____. As to plaintiff's federal constitutional claims, the municipality, township or county is a defendant only if custom or policy allegations are made at paragraph 7 below.

6. On or about _____, at approximately _____ ☐ a.m. ☐ p.m.
   (month, day, year)
   plaintiff was present in the municipality (or unincorporated area) of _____

   _____, in the County of _____,

   State of Illinois, at _____,
   (identify location as precisely as possible)

   when defendant violated plaintiff's civil rights as follows *(Place X in each box that applies)*:

   ☐ arrested or seized plaintiff without probable cause to believe that plaintiff had committed, was committing or was about to commit a crime;
   ☐ searched plaintiff or his property without a warrant and without reasonable cause;
   ☐ used excessive force upon plaintiff;
   ☐ failed to intervene to protect plaintiff from violation of plaintiff's civil rights by one or more other defendants;
   ☐ failed to provide plaintiff with needed medical care;
   ☐ conspired together to violate one or more of plaintiff's civil rights;
   ☐ Other: _____
   _____
   _____

2

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

_____.

7. Defendant officer or official acted pursuant to a custom or policy of defendant municipality, county or township, which custom or policy is the following: (*Leave blank if no custom or policy is alleged*): To deny all patients any type medical care and treatment for patients with Hepatitis C virus (See Page 3(a))

8. Plaintiff was charged with one or more crimes, specifically:
   N/A

9. (*Place an X in the box that applies. If none applies, you may describe the criminal proceedings under "Other"*) The criminal proceedings

   ☐ are still pending.

   ☐ were terminated in favor of plaintiff in a manner indicating plaintiff was innocent.[1]

   ☐ Plaintiff was found guilty of one or more charges because defendant deprived me of a fair trial as follows _____ N/A _____.

   ☐ Other: _____.

_____

[1] Examples of termination in favor of the plaintiff in a manner indicating plaintiff was innocent may include a judgment of not guilty, reversal of a conviction on direct appeal, expungement of the conviction, a voluntary dismissal (SOL) by the prosecutor, or a *nolle prosequi* order.

3

## STATEMENT

1. Plaintiff was repeatedly hospitalized at Stroger Hospital under defendant Unk. Medical Director, who denied the plaintiff of any medical treatment or care for his contration of Hep-C disease through policy.

2. Unk Defendant Medical Doctors each denied plaintiff of any medical treatment for Hep-C contraction due to policy.

3. Plaintiff was denied medical care due to the cost of the treatment as such defendants deprived plaintiff any medical treatment for his serious medical needs, denying him of his State and Federal Constitutional Rights.

10. Plaintiff further alleges as follows: (*Describe what happened that you believe supports your claims. To the extent possible, be specific as to your own actions and the actions of each defendant.*)

i) Plaintiff has repeatedly been Hospitalized at John H. Stroger Jr. Cook County Hospital, with numerous medical ailments, all ailments are or were treated except Hepatitis C which causes extreme pain to lower abdomen. treatment for Hep-C was denied due to cost of medication defendant Unk Medical Director implimented policy which all defendant doctors carried out through actual practice, denying treatment.

11. Defendant acted knowingly, intentionally, willfully and maliciously.

12. As a result of defendant's conduct, plaintiff was injured as follows:

a) Was denied medical treatment for his serious medical condition in violation of the 5th, 8th and 14th Amendments to the U.S. Constitution.

13. Plaintiff asks that the case be tried by a jury. ☒ Yes ☐ No

4

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

14. Plaintiff also claims violation of rights that may be protected by the laws of Illinois, such as false arrest, assault, battery, false imprisonment, malicious prosecution, conspiracy, and/or any other claim that may be supported by the allegations of this complaint.

**WHEREFORE,** plaintiff asks for the following relief:

A. Damages to compensate for all bodily harm, emotional harm, pain and suffering, loss of income, loss of enjoyment of life, property damage and any other injuries inflicted by defendant;

B. ☒ *(Place X in box if you are seeking punitive damages.)* Punitive damages against the individual defendant; and

C. Such injunctive, declaratory, or other relief as may be appropriate, including attorney's fees and reasonable expenses as authorized by 42 U.S.C. § 1988.

Plaintiff's signature: *Jack Shaw*

Plaintiff's name *(print clearly or type)*: JACK SHAW

Plaintiff's mailing address: 913 White Oak Lane

City: University Park  State: Il.  ZIP: 60484

Plaintiff's telephone number: (773) 701-9333

Plaintiff's email address *(if you prefer to be contacted by email)*: None

15. Plaintiff has previously filed a case in this district. ☐ Yes ☒ No

*If yes, please list the cases below.*

*Any additional plaintiffs must sign the complaint and provide the same information as the first plaintiff. An additional signature page may be added.*

5

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]