[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

*Jack Shaw*
Plaintiff(s)

)
)
)
)

v.

)
)

16CV9224
JUDGE BUCKLO
MAG. JUDGE SCHENKIER

*Unk. Med. Director, et al,*
Defendant(s)

)
)
)
)

## MOTION FOR ATTORNEY REPRESENTATION
### (NOTE: Failure to complete all items may result in the denial of this motion.)

1. I, *Jack Shaw* , declare that I am the (check appropriate box)
☑ plaintiff ☐ defendant in this case and that I am unable to afford the services of an attorney. I hereby ask the Court for an attorney to represent me in this case.

2. I declare that I have contacted the following attorneys/organizations seeking representation. (NOTE: This item must be completed.)

**FILED**

SEP 26 2016

**THOMAS G. BRUTON**
**CLERK, U.S. DISTRICT COURT**

but I have been unable to find an attorney because: *Disinterested*

3. I declare that (check all that apply):
*(Now:)*
☑ I *am not* currently represented by an attorney requested by the Court in any federal criminal or civil case.
OR
☐ I *am* currently represented by an attorney requested by the Court in a federal criminal or civil case. The case is described on the back of this page.

*(Earlier:)*
☑ I *have not* previously been represented by an attorney requested by the Court in any federal criminal or civil case.
OR
☐ I *have* previously been represented by an attorney requested by the Court in a federal criminal or civil case. The case is described on the back of this page.

4. I declare that (check one):
☑ I have attached an original Application for Leave to Proceed *In Forma Pauperis* detailing my financial status.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

☐ I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this case, and it is still true and correct. *NO*

☐ I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this case. However, my financial status has changed and I have attached an Amended Application to Proceed *In Forma Pauperis* to reflect my current financial status. *NO*

5. ☐ I declare that my highest level of education is (check one):

    ☐ Grammar school    ☐ Some high school    ☑ High school graduate

    ☑ Some college    ☐ College graduate    ☐ Post-graduate

6. ☐ I declare that my ability to speak, write, and/or read English is limited because English is not my primary language. (Check **only** if applicable.)

7. ☐ I declare that this form and/or other documents in this case were prepared with the help of an attorney from the U.S. District Court *Pro Se* Assistance Program. (Check **only** if applicable.)

8.     I declare under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| *Jackie Shaw* | *913 White Oak Lane* |
| Movant's Signature | Street Address |
| *9/24/16* | *University Pk. Il. 60484* |
| Date | City, State, Zip |

Other cases in which an attorney requested by this Court has represented me:

| | |
|---|---|
| Case Name: _____ | Case No.: _____ |
| Attorney's Name: _____ | The case is still pending: Yes _____ No _____ |
| The appointment was limited to settlement assistance: Yes _____ No _____ | |
| Case Name: _____ | Case No.: _____ |
| Attorney's Name: _____ | The case is still pending: Yes _____ No _____ |
| The appointment was limited to settlement assistance: Yes _____ No _____ | |
| Case Name: _____ | Case No.: _____ |
| Attorney's Name: _____ | The case is still pending: Yes _____ No _____ |
| The appointment was limited to settlement assistance: Yes _____ No _____ | |

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]