# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Jack Shaw

                        Plaintiff,

v.                                                 Case No.: 1:16–cv–09224

                                                         Honorable John Z. Lee

Unk. Medical Director

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 28, 2016:

      MINUTE entry before the Honorable John Z. Lee: In its Order of 12/2/16, this Court gave Plaintiff twenty–one days in which to file an amended complaint. The Court's order informed Plaintiff that failure to do so would result in this case being terminated. Plaintiff has not filed an amended complaint in the time given. Accordingly, the Court will dismiss the case at this time. Civil case terminated. Mailed notice (ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.